■ MARILYN UMANOFF, Respondent, v. IVAN UMANOFF, Appellant.— Motion by appellant for a stay of execution of two orders and a judgment, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ COUNTY OF ORANGE, Respondent, v. MAURICE PHILLIPS, Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ RUTH HIRSCH et al., Respondents, v. HELEN FLICK et al., Appellants.— Motion by appellants for a stay of trial, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before August 27, 1962. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

## (June 21, 1962)

■ BERT EISENBERG, Appellant, v. 230 KENT CORPORATION, Respondent. 230 KENT CORPORATION, Respondent, v. BERT EISENBERG, Appellant.— Motion by appellant (tenant) for a stay of trial pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of ELIAS LANDOW, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Upon consent, motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 10, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 6, 1962. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, v. EDWARD ANCE et al., Defendants, and ROCCO MANCINI, Respondent. — Motion by appellant for a stay, pending appeal, granted. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■ TOWN OF HUNTINGTON et al., Respondents, v. FENIX SAND AND GRAVEL CORP., Appellant.— Motion by appellant for a stay of the order appealed from, pending appeal, denied. Cross motion by respondents to strike the second ordering paragraph from the order appealed from or for other relief, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ NADINE WEILER, Respondent, v. WILLIAM WEILER, Appellant.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.